BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHERINE A. SWANSON | CASE NO. CIV-10-1010 DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 10, 2010, to December 16, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

Dated: November 9, 2010        */s/Bess M. Brewer*
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff

/////

/////

1

1 | Dated: November 9, 2010

Benjamin B. Wagner
United States Attorney

*/s/Brenda Pullin*
BRENDA PULLIN
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\swanson1010.eot.plt