1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
   KATHERINE A. SWANSON            )        CASE NO. CIV-S-10-1010 DAD
11                                 )
                                   )
12                                 )
                                   )        STIPULATION AND ORDER
13           Plaintiff,            )        FURTHER EXTENDING PLAINTIFF'S
                                   )        TIME TO FILE MOTION FOR
14  v.                             )        SUMMARY JUDGMENT
                                   )
15  MICHAEL J. ASTRUE              )
    Commissioner of Social Security )
16  of the United States of America, )
                                   )
17           Defendant.            )
                                   )
18  _____)

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

20  the permission of the Court as evidenced below, that the Plaintiff's time to file the summary

21  judgment in this case is hereby extended from December 16, 2010, to February 9, 2010.   This

22  extension is required due to Plaintiff's counsel's impacted briefing schedule.

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

                                        1

1    Dated: December 16, 2010                    /s/Bess M. Brewer
                                                 BESS M. BREWER
2                                                Attorney at Law

3                                                Attorney for Plaintiff

4

5
     Dated: December 16, 2010                    Benjamin B. Wagner
6
                                                 United States Attorney
7
                                                 /s/Brenda Pullin
8                                                BRENDA PULLIN
                                                 Special Assistant U.S. Attorney
9                                                Attorneys for Defendant

10

11                                    **ORDER**

12           Plaintiff is granted a second extension of time to file her motion for summary judgment.

13   The motion shall be filed on or before February 9, 2011.  The court does not intend to grant a third

14   extension of time for the filing of the motion, absent a compelling reason other than counsel's impacted

15   briefing schedule.

16   DATED: December 16, 2010.

17

18   _____

19   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
20
     Ddad1\orders.soc sec\swanson1010.eot2.plt
21

22

23

24

25

26

27

28

                                              2